COOLEY GODWARD KRONISH LLP
Whitty Somvichian (SBN 194463)
101 California Street, Fifth Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

COOLEY GODWARD KRONISH LLP
DOUGLAS P. LOBEL
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
Email: dlobel@cooley.com

Attorney for Defendant
QWEST COMMUNICATIONS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL MONTI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BILLING CONCEPTS INC. d/b/a USBI, a Texas Corporation; QWEST COMMUNICATIONS CORPORATION, a Delaware Corporation; AT&T Corp., a New York Corporation; and DOES 1-100,<br><br>　　　　　Defendants. | Case No. CV 09-2181 BZ<br><br>**STIPULATION OF PLAINTIFF MONTI, AND DEFENDANTS PACIFIC BELL, QWEST AND BILLING CONCEPTS PERMITTING FIRST AND SECOND AMENDED COMPLAINT AND EXTENDING TIME TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>Judge:　　Hon. Marilyn Hall Patel<br><br>Complaint Filed: May 18, 2009 |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

410604 v1/RE

STIPULATION
CV 09-2181 BZ

Pursuant to L.R. 6-1(a), Pacific Bell Telephone Company, erroneously sued herein as AT&T Corp ("Pacific Bell"), defendant Qwest Communications Company, LLC erroneously sued herein as Qwest Communications Corporation ("Qwest"), defendant Billing Concepts Inc. ("Billing Concepts") (collectively, "Defendants"), and plaintiff Paul Monti ("Plaintiff") stipulate as follows:

1.   Plaintiff, Billing Concepts and Qwest had previously agreed that Qwest's and Billing Concept's responsive pleading to the Complaint would be due on Monday, July 20, 2009. Qwest and Billing Concepts filed stipulations to that effect on June 17, 2009, and June 23, 2009, respectively.

2.   Based on Qwest's representation that Qwest Communications Corporation was converted under Delaware law from a Corporation to a Limited Liability Company, and therefore is now known as Qwest Communications Company, LLC; and the representation that Qwest, as a Limited Liability Company or as previously incorporated, was the entity that dealt with Plaintiff with respect to the matters herein; Plaintiff agrees to file a First Amended Complaint (FAC) substituting "Qwest Communications Company, LLC" as the named defendant in place of "Qwest Communications Corporation."

3.   Pursuant to Pacific Bell's representation that it is "Pacific Bell Telephone Company" and not the named defendant "AT&T Corp" that provided home "wire-line" telephone services to Plaintiff as alleged in the complaint, Plaintiff agrees to file an FAC substituting "Pacific Bell Telephone Company" as the named defendant in place of "AT&T Corp."

4.   The parties stipulate that the FAC shall be filed on or before July 20, 2009, and that Defendants' responses shall be due on August 17, 2009.

5.   Defendants stipulate that they are authorized to and will accept service of the FAC via ECF filing on behalf of the newly named defendant entities set forth above.

6.   Recognizing Judge Patel's Standing Order that a party shall not file a motion to dismiss prior to the initial Case Management Conference except by leave of Court, the Defendants hereby request that the Court grant such leave. Plaintiff does not oppose this request.

7.   Defendants hereby further stipulate to Plaintiff's filing of a Second Amended

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

410604 v1/RE

1.

STIPULATION
CV 09-2181 BZ

Complaint (SAC) after they file responses to the FAC to the extent he deems that the appropriate response to the issues raised by the motions to dismiss. If a motion for leave of Court is required for the filing, Defendants stipulate and agree to such a motion.

Dated: July 17, 2009              COOLEY GODWARD KRONISH LLP


/s/ Whitty Somvichian
Whitty Somvichian (SBN 194463)
Attorney for Defendants
QWEST COMMUNICATIONS COMPANY, LLC
& BILLING CONCEPTS INC.

Dated: July 17, 2009              LAW OFFICES OF PETER FREDMAN


/s/ Peter Fredman
Peter Fredman
Attorney for Plaintiff PAUL MONTI,
Individually And On Behalf Of All Others
Similarly Situated

Dated: July 17, 2009              PILLSBURY WINTHROP SHAW PITTMAN LLP


/s/ Roxane A. Polidora

Attorneys for Defendant PACIFIC BELL
TELEPHONE COMPANY

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

410604 v1/RE

2.

STIPULATION
CV 09-2181 BZ

## ORDER

Pursuant to the above stipulation between the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff shall file a First Amended Complaint to on or before July 20, 2009, to substitute "Qwest Communications Company, LLC" as the named defendant in place of "Qwest Communications Corporation;" and to substitute "Pacific Bell Telephone Company" as the named defendant in place of "AT&T Corp."

IT IS HEREBY FURTHER ORDERED that the time within which Qwest, Billing Concepts and Pacific Bell must respond to the First Amended Complaint is extended to August 17, 2009.

IT IS HEREBY FURTHER ORDERED that Qwest, Billing Concepts and Pacific Bell respectively have leave to file motions to dismiss under Rule 12 prior to the initial Case Management Conference.

IT IS HEREBY FURTHER ORDERED that Monti may file a Second Amended Complaint after Qwest, Billing Concepts and Pacific Bell respond to the First Amended Complaint to the extent he deems that an appropriate response to the issues raised by the motions to dismiss.

IT IS SO ORDERED.

DATED: 7/24, 2009

THE HONORABLE MARILYN H. PATEL



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

410604 v1/RE

3.

STIPULATION
CV 09-2181 BZ

ATTESTATION OF SIGNATURE
(N.D. Cal. General Order 45)

I, Roxane A. Polidora, hereby attest that concurrence in the filing of the following document: **STIPULATION OF PLAINTIFF MONTI, AND DEFENDANTS PACIFIC BELL, QWEST AND BILLING CONCEPTS PERMITTING FIRST AND SECOND AMENDED COMPLAINT AND EXTENDING TIME TO RESPOND TO COMPLAINT; ORDER THEREON** has been obtained from all of the signatories.

Dated: July 17, 2009    /s/ Roxane A. Polidora

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2009, a true and correct copy of **STIPULATION OF PLAINTIFF MONTI, AND DEFENDANTS PACIFIC BELL, QWEST AND BILLING CONCEPTS PERMITTING FIRST AND SECOND AMENDED COMPLAINT AND EXTENDING TIME TO RESPOND TO COMPLAINT; ORDER THEREON** was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this case.

Rosita Fe J. Quimpo-Herbilla

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

410604 v1/RE

4.

STIPULATION
CV 09-2181 BZ