Daniel L. Feder (Cal. State Bar No. 130867)
Arthur Kim (Cal State Bar No. 212700)
**LAW OFFICES OF DANIEL FEDER**
807 Montgomery Street
San Francisco, California 94133
Tel: 415-391-9476
Fax: 415-391-9432
Email: danfeder@pacbell.net

Peter B. Fredman  (Cal State Bar No. 189097)
**LAW OFFICE OF PETER FREDMAN**
125 University Avenue, Suite 102
Berkeley, California 94710
Tel: 510-868-2626
Fax: 510-868-2627
Email: peter@peterfredmanlaw.com

Attorneys for Plaintiff PAUL MONTI, individually, and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MONTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BILLING CONCEPTS INC. d/b/a USBI, a Texas corporation; QWEST COMMUNICATIONS COMPANY, L.L.C; PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T; and DOES 1-100,<br><br>Defendants. | Case No. CV 09-2181 MHP<br><br>**CLASS ACTION**<br><br>**NOTICE OF DISMISSAL PURSUANT TO FRCP RULE 41(a)(1)(A)(i)** |

1    PLEASE TAKE NOTICE THAT Plaintiff PAUL MONTI hereby dismisses the above
2 captioned case in its entirety **with prejudice,** and that this dismissal is pursuant to Rule
3 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure because no defendant has served an
4 answer or motion for summary judgment.

Dated:  September 14, 2009

        LAW OFFICES OF DANIEL FEDER
        LAW OFFICE OF PETER B. FREDMAN


    By: __/S/Peter Fredman_____
      Peter B. Fredman
    Attorneys for Plaintiff

9/15/2009

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA